IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1255 T/An |
| | ) | |
| THE PROCTER & GAMBLE MANUFACTURING CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO COMPEL

Before the Court is Defendant's Motion to Compel Plaintiff to Amend Discovery Responses filed on March 25, 2005. Plaintiff failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, for good cause shown and because Plaintiff did not respond, the Motion is **GRANTED**.

Plaintiff is ordered to (1) provide complete responses to Defendant's First Set of Requests for Production within 11 days of entry of this Order; (2) provide complete responses to Interrogatory Nos. 1, 2, 3, 6, 8, 9, 10, 12, 13, 14, 15 and 19 in Defendant's First Set of Interrogatories within 11 days of entry of this Order; and (3) execute and produce Medical Releases for all physicians, psychiatrists, psychologists, counselors, nurses or other healthcare practitioners by whom Plaintiff has been treated or examined since January 1, 1997 within 11

days of entry of this Order. Plaintiff is reminded that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01255 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT