# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| **REGINALD CHARLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO.   04-1255 T/An |
| | ) | |
| **THE PROCTER & GAMBLE MANUFACTURING CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTION FOR MODIFICATION
## OF RULE 16(b) SCHEDULING ORDER

Before the Court is Plaintiff's Motion to Amend Scheduling Order filed on May 9, 2005. For the reasons set forth below, the Motion is **GRANTED**.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule shall not be modified except upon a showing of good cause and by leave of the District Judge, or when authorized by Local Rule, by a Magistrate Judge."[1]  Fed. R. Civ. P. 16(b). "The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management orders and requirements." *Latonia Inge v. Rock Financial Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (citing *Bradford v. Dana Corp.*, 249 F.3d 807, 809 (8th Cir. 2001)). After review, the Court finds that Plaintiff has demonstrated good cause; therefore, the motion is **GRANTED**. A trial in this matter is set for March 20, 2006, and the Scheduling Order shall be modified to reflect the following deadlines:

---

[1] Pursuant to Administrative Order No. 2003, Motions to Amend Scheduling Order are to be decided by the Magistrate Judge without a specific order of reference.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  06-15-05

| | |
|---|---|
| **Discovery Deadline** | July 15, 2005 |
| **Dispositive Motions Deadline** | August 15, 2005 |
| **Final List of Witnesses/Exhibits** | |
|     For the Plaintiff | February 6, 2006 |
|     For the Defendant | February 15, 2006 |
| **Pre-Trial Order** | March 10, 2006 |

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01255 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

James J. Swartz
ASHE, RAFUSE & HILL LLP
1355 PEACHTREE ST., N.E.
STE 500
ATLANTA, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT