# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| REGINALD CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-1255-T-An |
| ) | |
| THE PROCTER & GAMBLE ) | |
| MANUFACTURING COMPANY, a ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court hereby GRANTS Defendant The Procter & Gamble Manufacturing Company, Inc.'s ("Procter & Gamble") Motion To Exceed The Page Limit On Motion For Summary Judgment. Procter & Gamble's memoranda in support of its motion for summary judgment shall not exceed 60 pages.

_____
S. Thomas Anderson
United States Magistrate Judge

24 June 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01255 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz  
ASHE RAFUSE & HILL LLP  
1355 Peachtree St., N.E.  
Ste. 500  
Atlanta, GA 30309--323  

Honorable James Todd  
US DISTRICT COURT