IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| REGINALD CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 04-1255 |
| ) | |
| THE PROCTER & GAMBLE ) | |
| MANUFACTURING COMPANY, a ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER SETTING TELEPHONE STATUS CONFERENCE AND HEARING

Before the Court are motions filed by both the Plaintiff and the Defendant.

The Court will hold a telephone status conference and hearing on all pending motions on **WEDNESDAY, DECEMBER 14, 2005 at 10:45 a.m.** Plaintiff's counsel shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 731-421-9273.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED MAGISTRATE JUDGE

Date: December 01, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   12-05-05

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01255 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT