IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **REGINALD CHARLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 04-1255 |
| ) | |
| **THE PROCTER & GAMBLE** ) | |
| **MANUFACTURING COMPANY,** a ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER RE-SETTING TELEPHONE STATUS CONFERENCE AND HEARING

The telephone Status Conference and Hearing previously set for Wednesday, December 14, 2005 has been re-set for **FRIDAY, DECEMBER 30, 2005 at 10:00 a.m.**

Plaintiff's counsel shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 731-421-9273.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED MAGISTRATE JUDGE

Date: December 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-22-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01255 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT